[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-12813

Non-Argument Calendar

_____

RAISSA DJUISSI KENGNE,

Plaintiff-Appellant,

*versus*

WESLEY FREEMAN,
BDO USA, LLP,
SCOTT MEIER,
PAUL DAVISON,
JASON CUDA, et al.,

Defendants-Appellees.

_____

2                    Opinion of the Court                    22-12813

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-02653-SEG-CMS

_____

Before WILSON, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Raissa Djuissi Kengne has appealed from a magistrate judge's report and recommendation. The magistrate judge's decision, however, is not final, and further, the record does not indicate that the parties consented to the magistrate judge's jurisdiction. *See* 28 U.S.C. §§ 636(b), 636(c)(3), 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982); *McNab v. J & J Marine, Inc.*, 240 F.3d 1326, 1327-28 (11th Cir. 2001) (explaining that we have jurisdiction over an appeal from a magistrate judge's decision only if the parties consented to the magistrate judge's jurisdiction).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.